IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| ESTHER LE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACT. NO.  3:16cv361-CSC |
| | ) | |
| DONGHEE ALABAMA, LLC and | ) | |
| DONGHEE AMERICA, INC., | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM OPINION and ORDER

On July 13, 2015, the defendants filed a partial motion to dismiss (doc. # 12) seeking the dismissal of defendant Donghee America, Inc. The defendants also seek dismissal of court four of the complaint, the state law breach of contract claim.  On July 22, 2016, the plaintiff filed a response in which she states that she did not oppose the dismissal of defendant Donghee America, Inc. or count four, the state law breach of contract claim.  *See* Doc. # 17.  Pursuant to 28 U.S.C. § 636(c)(1) and M.D. Ala. LR 73.1, the parties have consented to the United States Magistrate Judge conducting all proceedings in this case and ordering the entry of final judgment.  Accordingly, upon consideration of the partial motion to dismiss, and the plaintiff's response, and for good cause, it is

ORDERED that the defendants' partial motion to dismiss (doc. # 12) be and is hereby GRANTED, defendant Donghee America, Inc. be and is hereby DISMISSED with prejudice as a defendant in this matter, and count four of the complaint be and is hereby DISMISSED with prejudice.

Done this 1st day of August, 2016.


_____/s/Charles S. Coody_____
CHARLES S. COODY
UNITED STATES MAGISTRATE JUDGE